Commonwealth *v.* Brown, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*David N. Brook,* Assistant Public Defender, for petitioner.

*Richard A. Devlin, Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 7, 1970:

The record is remanded to the Courts of Montgomery County for an evidentiary hearing to determine whether Brown was denied his right to appeal.